IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Crim. No. 08-724 (WHW) |
| | : | |
| ABNER CARLOS, | : | |
| Defendant. | : | |

## ORDER

THIS MATTER having come before the Court upon Defendant Abner Carlos's letter submission requesting the opportunity to dress for trial prior to being transported each day to court, and for good cause shown,

IT IS on this __23__ day of March, 2009, hereby

ORDERED that Mr. Carlos's request is GRANTED, and

IT IS FURTHER ORDERED that Mr. Carlos be able to receive clothing at Essex County Correctional Facility and to dress properly for court prior to being transported to the courthouse each day of his trial.

HONORABLE WILLIAM H. WALLS
SENIOR UNITED STATES DISTRICT JUDGE